IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-00947-WYD-MJW

HENRY CLAY COX, JR.,

    Plaintiff(s),

v.

TXU ENERGY SOLUTIONS COMPANY, L.P., a Texas Limited Partnership,

    Defendant(s).
_____

**ORDER OF RECUSAL**
_____

    This matter is before me on a review of the file.  On June 27, 2005, David B. Seserman of the law firm of Hale Friesen, LLP entered his appearance on behalf of Defendant TXU Energy Solutions Company, LP.  The undersigned cannot continue to preside over this case because of the possibility that I may receive financial remuneration, in my capacity as a former partner, from the dissolution of the Gorsuch, Kirgis firm.  Mr. Seserman represents the interests of all former Gorsuch, Kirgis partners who were owed money at the time of the firm's dissolution.  Accordingly, I believe I should recuse myself.  It is therefore

    ORDERED that the judge's file be returned to the clerk and that the case be reassigned by random draw.

Dated:  August 18, 2005

                                                  BY THE COURT:

                                                s/ Wiley Y. Daniel
                                                Wiley Y. Daniel
                                                U. S. District Judge