IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-CV-00947-LTB-MJW

HENRY CLAY COX, JR.,

Plaintiff(s),

v.

TXU ENERGY SOLUTIONS COMPANY, L.P.,

Defendant(s).

MINUTE ORDER

     It is hereby ORDERED that the Unopposed Motion to Amend Scheduling Order (docket no. 42) is GRANTED.  The deadline to complete discovery is extended to August 31, 2006, for the limited purpose of completing the depositions of Patrick McGuinness, Kevin Bohn and the Plaintiff.  The deadline to file dispositive motions is extended to September 26, 2006.  The Final Pretrial Conference set on September 11, 2006, at 9:30 a.m. is VACATED and reset to October 13, 2006, at 8:30 a.m. in courtroom A-502.  The parties shall submit their proposed Final Pretrial Order with the court five (5) prior to the Final Pretrial Conference consistent with the e-filing requirements of this court.  The Rule 16 Scheduling Order is amended consistent with this minute order.

Date:  August 8, 2006