IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Chief Judge

Civil Action No. 05-cv-00947 - LTB - MJW

HENRY CLAY COX, JR.,

    Plaintiff,

v.

TX ENERGY SOLUTIONS COMPANY, LP,

    Defendant.
_____

ORDER
_____

    For the reasons stated on the record at the status hearing held on September 19, 2006, Defendant's Unopposed Motion to Amend Scheduling Order and Vacate Trial Date [**DOC # 45**] is GRANTED and, as a result, IT IS HEREBY ORDERED as follows:

    1. The trial preparation conference, currently set for October 12, 2006, and the final pretrial conference, currently set for October 13, 2006 with Magistrate Judge Michael J. Watanabe, are VACATED. I will re-set and handle both the trial preparation conference and the final pretrial conference;

    2. The trial date currently set to commence on November 13, 2006, is VACATED;

    3. The discovery deadline – previously set on August 31, 2006 – is extended to **October 31, 2006**, for the limited purpose of deposing Patrick McGuinnes;

    4. The deadline for the filing of dispositive motions – previously set for September 13, 2006 – is extended to **November 30, 2006**;

5.  The parties' anticipated dispositive motions are set for hearing on Friday, **February 2, 2007, at 2:00 p.m.**

Dated: September   19  , 2006, in Denver, Colorado.

                                        BY THE COURT:

                                          s/Lewis T. Babcock
                                        LEWIS T. BABCOCK, CHIEF JUDGE