IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE LEWIS T. BABCOCK

---

Courtroom Deputy: Bernique Abiakam          Date:  March 9, 2007
Court Reporter: Adrienne Whitlow

---

Civil Case No.: 05-cv-00947-LTB-MJW          Counsel:

HENRY CLAY COX, JR.,                         Scott Reese

      Plaintiff,
v.

TXU ENERGY SOLUTIONS COMPANY, L.P.,
a Texas Limited Partnership,                 David Seserman
                                             William Cockerham
      Defendant.

---

## COURTROOM MINUTES

HEARING - MOTIONS

8:57 a.m.     Court in Session

Court calls case.  Appearances of Counsel.

Preliminary remarks by the Court.

8:58 a.m.     Argument by Mr. Cockerham.

9:30 a.m.     Argument by Mr. Reese.

9:53 a.m.     Rebuttal argument by Mr. Cockerham.

**ORDERED: Defendant's Motion For Summary Judgment (Filed 12/15/06; Doc. No. 54) is taken UNDER ADVISEMENT.**

9:59 a.m     Court in Recess.
Hearing concluded.  Total time in court: 1 hr 2 min.