IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Chief Judge

Civil Action No. 05-cv-00947 - LTB - MJW

HENRY CLAY COX, JR.,

    Plaintiff,

v.

TX ENERGY SOLUTIONS COMPANY, LP,

    Defendant.
_____

## ORDER
_____

As discussed at the status and scheduling hearing held on May 3, 2007, IT IS HEREBY ORDERED as follows:

    1. A 5-day jury trial is set to commence in this matter on July 30, 2007 at 8:30 a.m.

    2. A final trial preparation conference shall be held on June 29, 2007 at 3:30 p.m. The parties shall submit witness and exhibit lists, an annotated and an unannotated set of proposed jury instructions, and proposed voir dire questions in advance of this conference.

    3. The parties shall confer with the magistrate judge regarding the setting of a pretrial conference and the entry of a pretrial order in advance of the final trial preparation conference.

Dated: May   3  , 2007, in Denver, Colorado.

                                          BY THE COURT:

                                            s/Lewis T. Babcock  
                                          LEWIS T. BABCOCK, CHIEF JUDGE