**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.  05-CV-<u>947-LTB-MJW</u>

**HENRY CLAY COX, JR.,**

        Plaintiff(s),

v.

**TXU ENERGY SOLUTIONS COMPANY, L.P., a Texas Limited Partnership**
        Defendant(s).

---

**ORDER RE: UNOPPOSED MOTION TO VACATE AND RESET**
**FINAL PRETRIAL ORDER CONFERENCE**
( Docket No. 79 )

---

        The Court, having reviewed the Plaintiff's Unopposed Motion to Vacate and Reset the

Final Pretrial Order Conference and, being otherwise informed in the premises, does hereby:

        **GRANT** said Motion and the Final Pretrial Order Conference currently set for June 19,

2007 is vacated and reset to June 26, 2007 at <u>1:15 pm</u>. *Proposed Final Pretrial Order is Due June 20, 07.*

        **DATED** this 13th day of June 2007.

                BY THE COURT:

                Magistrate Judge Watanabe

                **MICHAEL J. WATANABE**
                **U.S. MAGISTRATE JUDGE**
                **DISTRICT OF COLORADO**