**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 05-CV-00947-LTB-MJW

HENRY CLAY COX, JR.,

     Plaintiff,

v.

TXU ENERGY SOLUTIONS COMPANY, L.P., a Texas Limited Partnership

     Defendant.

---

**ORDER RE: DEFENDANT'S MOTION TO VACATE AND
RESET FINAL PRETRIAL ORDER CONFERENCE**  ( Docket ρ υ 84 )

The Court, having reviewed Defendant's Motion to Vacate and Reset the Final Pretrial Order conference and does hereby:

**GRANT** said Motion and the Final Pretrial Order Conference currently set for June 26, 2007 is vacated and reset to June 27th, 2007 at 8.00 Am. The Proposed Final Pretrial Order shall remain due on June 20, 2007.

Dated this 15 day of June 2007.

_____
MAGISTRATE JUDGE MICHAEL J. WATANABE