IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Civil Action No. 05-cv-00947-LTB-MJW

HENRY CLAY COX, JR.,

    Plaintiff,

v.

TX ENERGY SOLUTIONS COMPANY, LP,

    Defendant.
_____

ORDER
_____

    As discussed at the trial preparation conference held on June 29, 2007, IT IS HEREBY ORDERED as follows:

    1. Plaintiff shall file a response to Defendant's Motion to Strike Certain Witnesses from Plaintiff's Witness List and to Strike Certain Documents from his Exhibit List on or before July 6, 2007, and Defendant shall file a reply to this motion on or before July 13, 2007.

    2. Plaintiff shall submit any proposed jury instructions or voir dire questions on or before July 19, 2007.

    3. A further trial preparation conference shall be held in this case on July 20, 2007 at 2:00 p.m.

Dated: June   29  , 2007, in Denver, Colorado.

          BY THE COURT:


            s/Lewis T. Babcock
          LEWIS T. BABCOCK, JUDGE