IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Civil Action No. 05-cv-00947 - LTB - MJW

HENRY CLAY COX, JR.,

    Plaintiff,

v.

TX ENERGY SOLUTIONS COMPANY, LP,

    Defendant.

_____

ORDER
_____

    As discussed at the trial preparation conference held on July 20, 2007, IT IS HEREBY ORDERED as follows:

    1. Defendant's Motion to Strike Certain Witnesses from Plaintiff's Witness List and to Strike Certain Documents from His Exhibit List [Doc # 91] is GRANTED IN PART and DENIED IN PART as follows:

        A. Cliff Bradshaw, Jim Forbess, and Denton Harris are STRICKEN from Plaintiff's witness list and shall not be permitted to testify at trial.

        B. Plaintiff's expert witnesses Melinda Harper and Shirley Potenza shall be permitted to testify at trial but the testimony of these witnesses shall be limited by their preliminary report.

        C. Plaintiff's exhibits 23, 24, 25, 26, and 29, as identified in Defendant's motion, are STRICKEN from Plaintiff's exhibit list and may not be introduced at trial.

      D. Defendant's motion is denied without prejudice as to Plaintiff's exhibit 20 subject to Fed. R. Evid. 613 and 801(b)(2).

    2. Plaintiff's Motion to Strike Certain Documents from Defendant's Exhibit List and to Strike Defendant's Expert Witness from Defendant's Witness List [Doc # 99] is GRANTED IN PART and DENIED IN PART as follows:

      A. Defendant's exhibits with Bates numbers 0591-0664 are STRICKEN from Defendant's exhibit list and may not be introduced at trial.

      B. Defendant's expert witnesses Lisa Meer shall be permitted to testify at trial but her testimony shall be limited by her preliminary report.

    3. Defendant's Opposed Motion to Extend Deadline of Defendant's Reply to Plaintiff's Response to Defendant's Motion to Strike Certain Witnesses from Plaintiff's Witness List and to Strike Certain Documents from His Exhibit List and Defendant's Response to Plaintiff's Motion to Strike Certain Documents from Defendant's Exhibit List and to Strike Defendant's Expert Witness from Defendant's Witness List [Doc # 100] is GRANTED.

Dated: July __20__, 2007, in Denver, Colorado.

                                      BY THE COURT:

                                      s/Lewis T. Babcock
                                      LEWIS T. BABCOCK, JUDGE