IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Case No. 05-cv-00947-LTB-MJW

HENRY CLAY COX, JR.,

    Plaintiff,

v.

TXU ENERGY SOLUTIONS COMPANY, L.P.,

    Defendant.

---

STIPULATION AND ORDER REGARDING CUSTODY OF
EXHIBITS AND/OR DEPOSITIONS

---

It is stipulated that at the conclusion of the trial, counsel for the Defendant and pro se Plaintiff Henry Clay Cox shall retain custody of their respective exhibits and/or depositions until such time as all need for the exhibits and/or depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated, plus sixty days.

DATED at Denver, Colorado this 3d day of August 2007

BY THE COURT:

_____
LEWIS T. BABCOCK, JUDGE
United States District Court

_____
pro se Plaintiff Henry Clay Cox JR.

_____
Attorney for Defendant